**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**KARLA VANESSA ARCIA, an individual, MELANDE ANTOINE, an individual, VEYEYO, a civic organization based in Miami-Dade County, FLORIDA IMMIGRANT COALITION, INC., a Florida non-profit corporation, NATIONAL CONGRESS FOR PUERTO RICAN RIGHTS, a Pennsylvania non-profit corporation, FLORIDA NEW MAJORITY, INC., a Florida non-profit corporation, and 119SEIU UNITED HEALTHCARE WORKERS EAST, a Labor Union,**

**Plaintiffs,**

**v.**

**KEN DETZNER, in his official capacity as Florida Secretary of State,**

**Defendant.**

**CASE NO. 1:12-cv-22282-WJZ**

## NOTICE OF APPEARANCE

The undersigned, Ashley E. Davis, is admitted to the Southern District and hereby appears in this case as counsel for Defendant, Kenneth W. Detzner, in his official capacity as Florida Secretary of State. All pleadings and papers should be served upon her.

Respectfully submitted,

/s/ Ashley E. Davis

Ashley E. Davis
Florida Bar No. 48032
Assistant General Counsel
Ashley.Davis@DOS.MyFlorida.com
Florida Department Of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 telephone
(850) 245-6127 facsimile

*Counsel for Defendant*
*Ken Detzner, Secretary of State*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by filing in the CM/ECF system this 12th day of July 2012 on all attorneys of record in this matter.

/s/ Ashley E. Davis
Attorney