**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION**

**KARLA VANESSA ARCIA, an individual, MELANDE ANTOINE, an individual, VEYEYO, a civic organization based in Miami-Dade County, FLORIDA IMMIGRANT COALITION, INC., a Florida non-profit corporation, NATIONAL CONGRESS FOR PUERTO RICAN RIGHTS, a Pennsylvania non-profit corporation, FLORIDA NEW MAJORITY, INC., a Florida non-profit corporation, and 119SEIU UNITED HEALTHCARE WORKERS EAST, a Labor Union,**

**CASE NO. 1:12-cv-22282-WJZ**

**Plaintiffs,**

**v.**

**KEN DETZNER, in his official capacity as Florida Secretary of State,**

**Defendant.**
_____________________________________________/

## NOTICE OF APPEARANCE

COMES NOW, The undersigned attorney, **JOHN DE LEON**, a member in good standing of the U.S. District Court, Southern District of Florida, and hereby appears in this case as local counsel for Plaintiffs. Copies of all pleadings and papers should be served upon him.

Respectfully submitted,

/s/ John de Leon
Florida Bar No. 650390
Law Offices of Chavez & De Leon, P.A.
jdeleon@chavez-deleon.com
5975 Sunset Drive, Suite 605
South Miami, FL 33143
(305) 740-5347 telephone
(850) 740-5348 facsimile
Local Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by filing in the CM/ECF system this 12th day of July 2012 on all attorneys of record in this matter.

/s/ John de Leon
Florida Bar No. 650390