UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22282-CIV-ZLOCH

KARLA ARCIA et al.,

    Plaintiffs,

vs.

**CIVIL MINUTES**

KEN DETZNER, in his official
capacity as Florida Secretary of
State,

    Defendant.
_____/

Date: July 23, 2012                              Judge: William J. Zloch
Court Reporter: Carl Schanzleh            Courtroom Clerk: Erin McAdams
Counsel for Plaintiffs: Marc Goldman, Katherine Roberson-Young, and John DeLeon
Counsel for Defendants: Daniel Nordby
REASON FOR HEARING: Status Conference
RESULT OF HEARING: The Court heard from Counsel for the Parties regarding the status of the above-styled cause.
CASE CONTINUED TO   n/a        TIME    n/a     FOR    n/a