# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| KARLA VANESSA ARCIA, an individual, MELANDE ANTOINE, an individual, VEYEYO, a civic organization based in Miami-Dade County, FLORIDA IMMIGRANT COALITION, INC., a Florida non-profit corporation, NATIONAL CONGRESS FOR PUERTO RICAN RIGHTS, a Pennsylvania non-profit corporation, FLORIDA NEW MAJORITY, INC., a Florida non-profit corporation, and 1199SEIU UNITED HEALTHCARE WORKERS EAST, a Labor Union,<br><br>       Plaintiffs,<br><br>v.<br><br>KEN DETZNER, in his official capacity as Florida Secretary of State,<br><br>       Defendant. | Case No. 12-22282-CIV-ZLOCH<br><br>Honorable Judge William J. Zloch |

## SECRETARY OF STATE'S PROPOSED SCHEDULING ORDER

After due consideration reports filed by the parties under Rule 26, the Court orders as follows:

(A) This case is assigned to the Standard Track under Local Rule 16.1(a)(2)(B).

1

(B) Discovery in this action is limited to the Plaintiffs' entitlement, if any, to retrospective relief regarding any registered voters who were wrongfully removed from the voter registration rolls based on the Secretary's provision of MDAVE data to county Supervisors of Elections in April 2012. Discovery shall close on November 13, 2012, and shall be governed by the time periods set forth in the Federal Rules of Civil Procedure.

(C) The parties will assert claims of privilege and protection of trial preparation material after production in accordance with the Federal Rules of Civil Procedure and the Local Rules.

(D) Additional parties shall be joined, and all pleadings amended, no later than August 14, 2012.

(E) All pretrial motions shall be filed no later than _____.

(F) All pretrial motions will be resolved by the Court no later than _____.

(G) All discovery shall be governed by the Federal Rules of Civil Procedure and the Local Rules.

(H) A pretrial conference shall be held, if necessary, on _____.

(I) Trial shall be held, if necessary, on _____.

**DONE AND ORDERED** in chambers at Fort Lauderdale, Broward County, Florida, this ____ day of ____, 2012.

 

                                                                               _____  
                                                                               JUDGE WILLIAM J. ZLOCH  
                                                                               United States District Judge