**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:12-cv-22282-WJZ**

**KARLA VANESSA ARCIA, an individual, MELANDE ANTOINE, an individual, VEYEYO, a civic organization based in Miami-Dade County, FLORIDA IMMIGRANT COALITION, INC., a Florida non-profit corporation, NATIONAL CONGRESS FOR PUERTO RICAN RIGHTS, a Pennsylvania non-profit corporation, FLORIDA NEW MAJORITY, INC., a Florida non-profit corporation, and 119SEIU UNITED HEALTHCARE WORKERS EAST, a Labor Union,**

    **Plaintiffs,**

                v.

**KEN DETZNER, in his official capacity as Florida Secretary of State,**

    **Defendant.**

## STIPULATION OF DISMISSAL AS TO COUNTS I, II AND PART OF COUNT IV OF COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

The parties, pursuant to Federal Rule of Civil Procedure 41(a), stipulate and have agreed that Counts I, II and IV (except to the extent it seeks relief as to the claim in Count III) of Plaintiffs' Complaint for Declaratory and Injunctive Relief (ECF No. 1)[1] are resolved and that these counts are hereby dismissed with prejudice.

Date: September 12, 2012

Respectfully submitted,

---

[1] Although leave has been granted to file an amended complaint, such a complaint has not yet been filed. *See* (ECF No. 46).

*For the Plaintiffs*:

| | |
|---|---|
| /s/ Marc A. Goldman_____ | /s/ Katherine Roberson-Young_____ |
| Lorelie S. Masters | Katherine Roberson-Young |
| Marc A. Goldman | Service Employees International Union |
| Jenner & Block LLP | 4600 Sheridan Street, Suite 200 |
| 1099 New York Avenue, NW, Suite 900 | Hollywood, Florida 33021 |
| Washington, DC 20001 | Katherine.roberson-young@seiu.org |
| lmasters@jenner.com | (305) 571-4082 |
| mgoldman@jenenr.com | (305) 571-1396 (fax) |
| (202) 639-6000 | |
| (202) 639-6066 (fax) | *Counsel for Plaintiff 1199SEIU United Healthcare Workers East* |

Penda Hair
Katherine Culliton-Gonzalez
Uzoma Nkwonta
Advancement Project
1220 L Street, N.W., Suite 850
Washington, D.C. 20005
pendahair@advancementproject.org
kcullitongonzalez@advancementproject.org
UzomaNkownta@advancementproject.org
(202) 728-9557
(202) 728-9558 (fax)

John De León
Law Offices of Chavez & De Leon, P.A.
5975 Sunset Drive, Suite 605
South Miami, FL 33143
jdeleon@chavez-deleon.com
(305) 740-5347
(305) 740-5348 (fax)

*Counsel for Plaintiffs Arcia, Antoine, VEYEYO, Florida Immigrant Coalition, Inc., National Congress for Puerto Rican Rights, and Florida New Majority, Inc.*

Catherine M. Flanagan
Project Vote
1350 I Street, N.W., Suite 1250
Washington, DC 20005
cflanagan@projectvote.org
(202) 546-4173
(202) 629-3754 (fax)

Ben Hovland
Fair Elections Legal Network
1825 K Street NW, Suite 450
Washington, D.C. 20006
bhovland@fairelectionsnetwork.com
(202) 248-5346
(202) 331-1663 (fax)

Juan Cartegena
Jose Perez
Diana S. Sen
LatinoJustice PRLDEF
99 Hudson Street, 14th Floor
New York, NY 10013-2815
jcartegena@latinojustice.org
jperez@latinojustice.org
dsen@latinojustice.org
(212) 219-3360
(212) 431-4276 (fax)

*Counsel for Plaintiffs*


*For the Defendants*:

*/s/ Daniel Nordby*_____
Daniel E. Nordby
General Counsel
Florida Bar No. 14588
Ashley E. Davis
Assistant General Counsel
Florida Bar No. 48032
Florida Department of State
R. A. Gray Building
500 South Bronough Street
Tallahassee, FL  32399-0250
daniel.nordby@dos.myflorida.com
ashley.davis@dos.myflorida.com

(850) 245-6536
(850) 245-6127 (fax)

*Counsel for Defendant*
*Kenneth W. Detzner*
*Florida Secretary of State*