**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI CIVIL DIVISION**

**Case No. 1:12-cv-22282-WJZ**
Honorable Judge William J. Zloch

KARLA VANESSA ARCIA, et al.,

Plaintiffs,

v.

KEN DETZNER, in his official capacity as Florida Secretary of State,

Defendant.

_______________________________________/

**RESPONSE TO ORDER TO SHOW CAUSE**

Defendant, Secretary of State Kenneth W. Detzner ("Secretary"), through undersigned counsel, hereby respectfully responds to the Court's Order to Show Cause dated November 28, 2012 (ECF No. 130). Through no fault of the Secretary, and by administrative error, timely payment of the Secretary's half of the transcription fees for the October 1 hearing in this action was not effected as originally ordered. Payment was immediately arranged however, upon receipt of the Court's Show Cause Order and the next day, on November 29, 2012, payment was sent by FedEx Overnight delivery. The court reporter has confirmed receipt of payment.

Dated: December 4, 2012

Respectfully submitted,

/s/ Ashley E. Davis
Ashley E. Davis (Florida Bar No. 48032)
Assistant General Counsel
Florida Department of State
R.A. Gray Building
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
Telephone (850) 245-6536
Facsimile (850) 245-6127
Ashley.Davis@DOS.MyFlorida.com

*Counsel for Defendant*

Michael A. Carvin*
John M. Gore*
Warren D. Postman*
JONES DAY
51 Louisiana Avenue, N.W.
Washington D.C. 20001
Telephone (202) 879-3939
Facsimile (202) 626-1700
macarvin@jonesday.com
jmgore@jonesday.com
wpostman@jonesday.com

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of December, 2012, a true and correct copy of the foregoing will be sent electronically to all counsel of record via the Clerk's CM/ECF system.

_____/s/ Ashley E. Davis________
Attorney