IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:12-cv-22282-WJZ

KARLA VANESSA ARCIA, *et al.*,

*Plaintiffs*,

v.

FLORIDA SECRETARY OF STATE,

*Defendant*.
______________________________________/

**UNOPPOSED MOTION OF DEFENDANT SECRETARY OF STATE FOR SUBSTITUTION OF COUNSEL**

Defendant Secretary of State respectfully moves for an order substituting Adam S. Tanenbaum for J. Andrew Atkinson as his co-counsel and discharging Mr. Atkinson from any further responsibilities in this case. As good grounds for granting this motion, the Secretary states as follows:

1. The Secretary currently is represented by Ashley E. Davis, Esquire, as lead counsel.

2. Mr. Tanenbaum, a lawyer admitted to practice in this Court, recently replaced Mr. Atkinson as general counsel for the Florida Department of State. Mr. Atkinson has left employment with the Florida Department of State, and he now serves as general counsel for another state agency.

3. The Secretary is agreeable to the substitution of Mr. Tanenbaum for Mr. Atkinson. Notice has also been provided to counsel for the plaintiffs, and they do not object to the relief sought.

4. This change in representation will not prejudice any party in this matter.

WHEREFORE, Defendant Secretary of State prays that the Court grant leave for Mr. Atkinson to withdraw as co-counsel of record, permit Mr. Tanenbaum to appear as co-counsel for the Secretary in Mr. Atkinson's place, and direct that the Clerk of Court terminate Mr. Atkinson's appearance of record in this matter.

Respectfully submitted,

*/s/ Adam S. Tanenbaum*
ADAM S. TANENBAUM (FBN 117498)
*General Counsel*
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127
Email: adam.tanenbaum@dos.myflorida.com

*Counsel for the Florida Secretary of State*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of April, 2015, a true copy of the foregoing was filed with the Court utilizing its CM/ECF system, which will transmit a notice of said electronic filing to all counsel of record registered with the Court for that purpose.

*/s/ Adam S. Tanenbaum*
ADAM S. TANENBAUM
Florida Bar No. 117498